United States District Court
Southern District of Texas
**ENTERED**
November 03, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **GLENDA YAMILETH VASQUEZ-REYES,** | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-01965** |
| | § | |
| **WARDEN, et al.,** | § | |
| **Respondents.** | § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus. (Dkt. No. 1). Petitioner challenges the lawfulness of their detention in federal immigration custody.

Based upon a review of the Petition, the Court **ORDERS** Respondents to file a response to the petition and serve their response on Petitioner **no later than November 10, 2026.** 28 U.S.C. § 2243. Respondents should attach relevant evidence from Petitioner's A-file to support their assertions of fact. Should Petitioner wish to file a reply, they must do so **no later than November 24, 2026.**

The Clerk of Court is **DIRECTED** to serve the Petition, (Dkt. No. 1), its attachments, and this Order on the United States Attorney for the Southern District of Texas by electronic mail at USATXS.CivilNotice@usdoj.gov. Respondents will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

The Clerk is further **DIRECTED** to mail this Order to Petitioner via regular mail and any receipted means to the address on file with the Court.

Additionally, Respondents are **ORDERED** to notify Petitioner and the Court of any anticipated or planned removal or transfer of Petitioner outside of the Southern District of Texas **at least seven (7) days** before any such transfer. The parties are further **ORDERED** to notify the Court if Petitioner is released from custody for any reason while the petition is pending.

It is so **ORDERED**.

**SIGNED** on November 3, 2026.

John A. Kazen
United States District Judge